**James L. COBB, Plaintiff-Appellant,**

v.

**CHEVRON U. S. A., INC., Defendant-Appellee.**

**No. 77–2342.**

United States Court of Appeals, Fifth Circuit.

Aug. 24, 1977.

Robert N. Willis, Atlanta, Ga., for plaintiff-appellant.

Charles Kelso, D. Gerald Coker, Atlanta, Ga., for defendant-appellee.

Before COLEMAN, GODBOLD and TJOFLAT, Circuit Judges.

BY THE COURT:

Plaintiff appeals the denial by the district court of a jury trial on his Age Discrimination Employment Act, 29 U.S.C. §§ 621 et seq., claim against Chevron. Chevron has moved to dismiss the appeal.

Because the requirements of 28 U.S.C. § 1292(a) and (b) have not been met, this issue is not cognizable on appeal.[1]

The appeal is DISMISSED.

---

1. For treatment of this issue when presented as a writ of mandamus *see Dairy Queen, Inc. v. Wood,* 369 U.S. 469, 82 S.Ct. 894, 8 L.Ed.2d 44 (1962); Moore's Fed.Prac. Vol. 9, ¶ 110.20[4].

It appears that the issue raised by this appeal was submitted for decision to a panel of this court on April 20, 1977, in *Murphy v. American Motors Sales Corp.* (No. 76–2718).